# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

In re:     Bobby J Bradford                 ) Chapter 13 Case No. 07-17470
                                                       ) Judge Arthur I. Harris
          Debtor                            )

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

       Pursuant to Federal Bankruptcy Rule 3002(f), CRAIG SHOPNECK, the duly appointed, qualified, and standing Chapter 13 Trustee ("Trustee") herein files notice that the amount required to cure the default in the below claim has been paid in full.

**Creditor:** Deutsche Bank National Trust

**Last 4 digits of number used to identify Debtor's account:** 3063

| Court Claim Number | Cure Amount in Proof of Claim | Amount Paid by Trustee |
|---|---|---|
| 3 | $14,855.10 | $14,855.10 |

       Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure or post petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the creditor's proof of claim and is not subject to Federal Bankruptcy Rule 3001(f).

                                        /S/ Craig Shopneck
                                        CRAIG SHOPNECK (#0009552)
                                        Chapter 13 Trustee
                                        200 Public Square, BP Tower Suite 3860
                                        Cleveland OH 44114-2321
                                        Phone (216) 621-4268      Fax (216) 621-4806
                                        Ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on the 27th day of September, 2012, copies of this Trustee's Notice of Final Cure Payment were served electronically and/or by ordinary U.S. mail to the parties listed below:

Gary Axner, Attorney for Debtor
(served via ECF)

Bobby J Bradford, Debtor
445 Cleveland Road
Cleveland OH 44108

Deutsche Bank National Trust
% American Home Mortgage Servicing
P.O. Box 631730
Irving TX 750631730

Buchalter Nemer
Attn: Residential Bankruptcy Group
18400 Von Karmen Avenue, Suite 800
Irvine CA 92612

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)

CS/bas