# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 07-17074 |
| BOBBY JOE BRADFORD | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| | ) | |
| Debtor(s) | ) | **WITHDRAWAL OF** |
| | ) | **DEBTOR'S REQUEST FOR** |
| | ) | **HEARING UPON NOTICE OF** |
| | ) | **FINAL CURE BY DEUTSCHE BANK** |
| | ) | |

Debtor, through counsel, gives notice to the court and all interested parties that he voluntarily withdraws his Request for Hearing upon Notice of Final Cure of Deutsche Bank thereby allowing the final cure amount to be paid by the office of the Chapter 13 Trustee with Debtor's continued payments.

Respectfully submitted,

/s/ Gary Axner
Gary Axner #0018278
Attorney for Debtor(s)
403 St. Clair Avenue
Cleveland, Ohio 44103
216.400.6274
216.881.3926  Fax
216.409.9240
axnerlex@aol.com

## SERVICE

A copy of the foregoing has been served upon Craig Shopneck, Chapter 13 Trustee; and U,S. Trustee; and Stacey O'Stafy, Attorney on behalf of Deutsche Bank at [KDV@manleydeas.com](KDV@manleydeas.com) via electronic mail, this 6th day of November, 2012.

/s/ Gary Axner  
Gary Axner #0018278  
Attorney for Debtor(s)