UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Bobby Joe Bradford
445 Cleveland Road
Cleveland, OH 44108

**Case Number:** 07−17470−aih

**Chapter:** 13

**Judge:** ARTHUR I HARRIS

### NOTICE TO THE DEBTOR AND OTHER PARTIES IN INTEREST ABOUT ATTORNEY Gary R. Axner

To the Debtor:

    The docket of the U.S. Bankruptcy Court shows that you are represented by the above−captioned attorney. On March 6, 2013, the U.S. District Court revoked the above−captioned attorney's privilege to practice in the federal courts in this district, including the Bankruptcy Court. As a result, the above−captioned attorney will no longer be able to represent you in your bankruptcy case. You may wish to contact your local bar association for a list of other attorneys who handle bankruptcy cases. The bar association information is available on the court's web site at www.ohnb.uscourts.gov.

**Date:** March 7, 2013　　　　　　　　　　　　　　　　　　　　　　　　KENNETH J. HIRZ
Form ohnb110　　　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT